■ PRACTICAL CONSTRUCTORS, LTD., Respondent, v PATRICK McCARTHY et al., Appellants.—Appeal by the defendants from a judgment of the Supreme Court, Queens County (Hentel, J.), entered July 3, 1989.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Hentel in the Supreme Court, Queens County. Mangano, P. J., Bracken, Lawrence and Ritter, JJ., concur.